**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 26, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00857-CV
_____

**MAY THI BUI, Appellant**

**V.**

**LY VAN NGUYEN, Appellee**

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2012-52163**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 22, 2015. On February 18, 2015, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, Busby, and Brown.